[Nos. 1330-1; 1331-1.   Division One—Panel 2.   May 29, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY B. CLARK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOANN MARLENE CLARK, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 57157, James J. Dore, J., entered November 19, 1971, and November 22, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and Callow, JJ.

[No. 1338-1.   Division One—Panel 2.   May 29, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. DYMENT *et al., Defendants,* ROBERT A. HUNTER *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 735382, Frank Howard, J., entered December 1, 1971. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and Williams, JJ.

[No. 1759-1.   Division One.   May 29, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND DELBERT WEDGE II *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 60006, Robert W. Winsor, J., entered June 21, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and James, J.